IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DORSEY J. REIRDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:16-cv-00087-KEW |
| ) | |
| XTO ENERGY INC., ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR ORDER AUTHORIZING
PAYMENT OF ADMINISTRATION, NOTICE, AND DISTRIBUTION COSTS**

Plaintiff Dorsey Reirdon ("Plaintiff") moves for the Court to enter an order approving the distribution of the following Administration, Notice, and Distribution Costs, pursuant to the Settlement Agreement:

1. $7,645.84 to the designated Settlement Administrator, JND Class Action Administration, LLC ("JND"). This amount reflects the total balance due on the Invoice covering the billing period of January 1, 2018 – March 31, 2018. The invoice from JND reflecting the amount due is attached as Exhibit 1 to this Motion.

2. $55,474.77 to Barbara A. Ley, Certified Public Accountant, for purposes of administration, distribution, and notification. This amount reflects the total balance due covering the billing period of November 30, 2017 – March 30, 2018. The invoices from Barbara A. Ley reflecting the amounts due are attached as Exhibit 2 to this Motion.

The Stipulation and Agreement of Settlement is filed as Exhibit 1 to Plaintiff Reirdon's Memorandum of Law in Support of Motion to Certify and Preliminarily Approve Class Action Settlement. *See* Dkt 76. In the Settlement Agreement, the parties agreed to ask the Court to appoint a Settlement Administrator to administer the settlement. Dkt 76-1 at § 1.39. The Court appointed

JND as Settlement Administrator, in its October 17, 2017 Order Granting Preliminary Approval of Class Action Settlement. Dkt. 79 ¶ 10.

In accordance with the Settlement Agreement, JND has acted as the Settlement Administrator in this case and performed various services related to the Administration, Notice, and Distribution of the Settlement. JND has invoiced Plaintiff for its quarterly services performed through March 31, 2018. Plaintiff thus respectfully requests that the Court approve a payment from the Administration, Notice, and Distribution Costs for which the Defendant bears the costs up to $750,000, which as per the terms of the Escrow Agreement is the account number ending with 0200 and entitled XTO_Reirdon Admin Account, in an amount reflecting the full charges on the invoice attached as Exhibit 1 ($7,645.84).

In accordance with the Settlement Agreement, Barbara A. Ley, was retained by Plaintiff's Counsel and Plaintiff for purposes of administration, distribution, and notification. Ms. Ley has performed various services in this role related to the Administration, Notice, and Distribution of the Settlement. Barbara A. Ley has invoiced Plaintiff for her services performed through March 30, 2018. Plaintiff thus respectfully requests that the Court approve a payment from the Administration, Notice, and Distribution Costs for which the Defendant bears the costs up to $750,000, which as per the terms of the Escrow Agreement is the account number ending with 0200 and entitled XTO_Reirdon Admin Account, in an amount reflecting the full charges on the invoices attached as Exhibit 2 ($55,474.77).

A proposed Order is being submitted concurrently herewith.

DATED: May 15, 2018.

                                              Respectfully submitted,

                                              /s/ *Bradley E. Beckworth*

Bradley E. Beckworth
Jeffrey Angelovich
Andrew G. Pate
Trey Duck
**NIX, PATTERSON & ROACH, LLP**
3600 North Capital of Texas Highway
Suite 350, Building B
Austin Texas, 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
bbeckworth@nixlaw.com
jangelovich@nixlaw.com
dpate@nixlaw.com
tduck@nixlaw.com

Susan Whatley
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415
swhatley@nixlaw.com
Robert N. Barnes, OBA No. #537
Patranell Lewis, OBA No. #12279
**BARNES & LEWIS, LLP**
208 N.W. 60th Street
Oklahoma City, OK 73118
Telephone: (405) 843-0363
Facsimile: (405) 843-0790
rbarnes@barneslewis.com
plewis@barneslewis.com

Patrick M. Ryan, OBA No. 7864
Phillip G. Whaley, OBA No. 13371
Jason A. Ryan, OBA No. 18824
Paula M. Jantzen, OBA No. 20464
**R**YAN **W**HALEY **C**OLDIRON
**J**ANTZEN **P**ETERS **& W**EBBER **PLLC**
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 239-6040
Facsimile: (405) 239-6766
pryan@ryanwhaley.com
pwhaley@ryanwhaley.com
jryan@ryanwhaley.com
pjantzen@ryanwhaley.com

Michael Burrage
**W**HITTEN **B**URRAGE
512 N. Broadway Ave., Ste. 300
Oklahoma City, OK 73102
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
Mburrage@whittenburragelaw.com

Lawrence R. Murphy, Jr.
**R**ICHARDS **& C**ONNOR**, PLLP**
525 S. Main St. 12th Floor
Tulsa, OK 74103
Telephone: (918) 585-2394
Facsimile: (918) 585-1449
Lmurphy@richardsconnor.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 10, 2018 and May 14, 2018, the parties met and conferred, through counsel, regarding Unopposed Motion for Order Authorizing Payment of Administration, Notice, and Distribution Costs. Defendant's counsel informed Plaintiff's counsel that Defendant does not oppose the relief requested by the Motion.

DATED: May 15, 2018.

                                          */s/ Andrew G. Pate*
                                          Andrew G. Pate


## CERTIFICATE OF SERVICE

I hereby certify that I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 15, 2018.

                                          */s/ Bradley E. Beckworth*
                                          Bradley E. Beckworth