# EXHIBIT 1



Class Action Adminstration LLC
2727 Western Avenue, Suite 200
Seattle, WA  98121
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/18/2018 | 11071 |

**BILL TO**

Nix, Patterson & Roach LLP
c/o Andrew G Pate
3600 N Capital of Texas Hwy
Austin, TX  78746

| PROJECT | TERMS |
|---|---|
| RVX - Reirdon v XTO Energy | Net 30 |

| HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (January 1 - March 31, 2018) | | |
| 3.5 | Technical Analyst | 130.00 | 455.00 |
| 8 | Analyst | 100.00 | 800.00 |
| 37.75 | Team Lead | 80.00 | 3,020.00 |
| 21.5 | Senior Associate | 70.00 | 1,505.00 |
| 11.5 | Associate | 50.00 | 575.00 |
| 3.25 | Junior Associate | 45.00 | 146.25 |
| 4 | Clerk | 40.00 | 160.00 |
| | Charges and Reimbursable Expenses (Website, Toll-Free, Address Research, and Postage Charges) | 984.59 | 984.59 |

**Invoice Total**    $7,645.84

***Payment Instructions***
Check: Class Action Administration LLC, 2727 Western Avenue, Suite 200, Seattle, WA  98121
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$7,645.84