# EXHIBIT 2

# BARBARA A. LEY

A PROFESSIONAL CORPORATION
CERTIFIED PUBLIC ACCOUNTANT
6305 Waterford Boulevard, Suite 450
Oklahoma City, Oklahoma 73118
(405) 848-0255
FAX (405) 848-0148

12/31/2017

Nix, Patterson & Roach, LLP
205 Linda Drive
Daingerfield, TX  75638

                                                  Re:  Reirdon vs XTO
                                                  Invoice No:  22503

Professional services rendered through November 30, 2017 in connection with Administration Notice and Distribution:

| Description | Amount |
|---|---:|
| Reviewing operator well list and other produced documents to obtain listing of non-operated wells for purpose of obtaining owners for notice;<br>(2.6 hours) | $    822.00 |
| Analysis on non-operator well listing per Drew Pate request; compiling well listing data to provide to Linda Beebe for contact with high damage well operators; including phone calls with Linda regarding same;<br>(7.0 hours) | 1,995.00 |
| Review of various non-operating well lists and details; including reviewing other calculations; downloading and reviewing additional data production from XTO; participating in conference call with attorneys; responding to attorney inquiries regarding data produced and owner listing with address;<br>(8.1 hours) | 2,422.50 |
| Importing and setting up new database for the updated replacement paydeck received from Defendant; including running queries and pulling specific ownership information per Linda Beebe request; analysis of new database;<br>(9.7 hours) | 2,818.50 |
| Additional testing on new paydeck received from Defendant; running SQL queries to isolate additional production information; reviewing possibility of inclusion of statutory interest payments in data; providing results to Drew Pate; providing an updated list of Class Members, including estimated net settlement funds to each;<br>(6.2 hours) | 2,037.00 |
| Out-of-pocket expenses; | 29.09 |
| Current Amount Due | $   10,124.09 |

Invoices are due and payable upon receipt.

**BARBARA A. LEY**
A PROFESSIONAL CORPORATION
CERTIFIED PUBLIC ACCOUNTANT
6305 Waterford Boulevard, Suite 450
Oklahoma City, Oklahoma 73118
(405) 848-0255
FAX (405) 848-0148

03/30/2018

Nix, Patterson & Roach, LLP
205 Linda Drive
Daingerfield, TX  75638

Re:  Reirdon v. XTO - Notice, Allocation & Distribution
Invoice No:  22767

Professional services rendered from December 1, 2017 through March 30, 2018 in connection with:

| Description | Amount |
|---|---:|
| Analysis of database for interest calculations; writing and running queries regarding same; re-running queries related to late payment interest on the new database produced by XTO; (17.5 hours) | $ 4,215.00 |
| Researching and reviewing damages related to Opt Out and Excluded Owners; including allocation review; (9.2 hours) | 2,938.00 |
| Working on Exhibit 2 Initial Plan of Allocation; including a phone call with Drew Pate regarding content; analysis of allocation settlement proceeds to class members; (11.0 hours) | 3,495.00 |
| Analysis related to owner names for data consolidation; including performing searches for Excluded Owners in Non-operated owners and publicly traded entities; searching for operator and first sale date information for new wells provided; (12.5 hours) | 2,427.50 |
| Importing replacement data provided by XTO in January 2018 into SQL; importing data for November and December 2017 into SQL; exporting well lists from both new and replacement data and comparing with previous well list; review of new wells appearing for the first time; review of data stats, including wells deleted and added; conference call with Drew Pate regarding same; (17.4 hours) | 4,204.50 |

Barbara A. Ley, A Professional Corporation
Nix, Patterson & Roach, LLP
Invoice No.   22767                                                                                           Page 2

| | |
|---|---:|
| Running queries to calculate interest on replacement and new data received; analysis of royalty owners from different pay data periods received; comparison of replacement data to old data after large differences between royalty owners and wells were found; (25.35 hours) | 6,934.25 |
| Analysis of wells with largest changes to interest calculations; produce and provide a list of wells removed and documentation of individuals removed for specific checks in replacement data; phone call with Drew Pate to discuss; (12.1 hours) | 2,955.00 |
| Reviewed pay data from additional wells from new data to determine operated or non-operated wells; including designating exclusions and completion of Group 5 notice list; (10.3 hours) | 2,182.50 |
| Comparison of replacement data to November produced data; working on data summarization of owner level to compare to Exhibit 2 filed; including documentation of missing items in new data to Drew Pate; (15.7 hours) | 5271.50 |
| Analysis of owners that do not have net payments in the replacement data; phone call with Drew Pate and Susan Whatley regarding items related to replacement database and differences; preparation of questions related to data; (6.9 hours) | 2,132.50 |
| Detailed analysis of items and changes of ownership between the old and replacement pay history files; identification of owners which do not appear in new data; gathering of examples of payments which were removed in replacement and new data; preparation of questions for XTO related to replacement pay history provided; research on additional wells regarding claims of voided checks; (13.7 hours) | 4,341.50 |
| Prepare for and participate in conference call with Plaintiff and Defendant attorneys regarding replacement data and removal of various items and people; imported suspense pay data from Access files into SQL; analysis of royalty owners from Exhibit 2 to determine if payments were moved to suspense; (18.25 hours) | 4,182.25 |
| Reproduction costs and other out-of-pocket expenses; | 71.18 |
| Current Amount Due | $ 45,350.68 |

Invoices are due and payable upon receipt.