# EXHIBIT 1



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2019 | 5209 |

**BILL TO**

Nix & Patterson LLP
c/o Andrew G Pate
3600 N Capital of Texas Hwy
Austin, TX 78746

| PROJECT | TERMS |
|---|---|
| RVX - Reirdon v XTO Energy | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (June 1 - August 31, 2019) | | |
| 0.5 | Director | 190.00 | 95.00 |
| 0.75 | Assistant Director | 160.00 | 120.00 |
| 11.75 | Senior Project Manager | 150.00 | 1,762.50 |
| 0.75 | Project Manager | 125.00 | 93.75 |
| 10 | Assistant Project Manager | 95.00 | 950.00 |
| 6 | Customer Service Representative | 60.00 | 360.00 |
| 0.25 | Outbound Mail Coordinator | 50.00 | 12.50 |
| 1 | Clerk | 45.00 | 45.00 |
| 0.5 | Customer Service Representative | 40.00 | 20.00 |
| | Project Costs (Website, Toll-Free, Banking Fee, and Electronic Data Storage) | 2,442.42 | 2,442.42 |

| | Invoice Total | $5,901.17 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: ▓▓▓
Bank Name: Bank of America, Wire ABA #: ▓▓▓, ACH Routing #: ▓▓▓

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/26/2019 | 77199 |

**BILL TO**

Nix & Patterson LLP
c/o Andrew G Pate
3600 N Capital of Texas Hwy
Austin, TX 78746

| PROJECT | TERMS |
|---|---|
| RVX - Reirdon v XTO Energy | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - November 30, 2019) | | |
| 0.5 | Director | 190.00 | 95.00 |
| 1.25 | Software Engineer | 175.00 | 218.75 |
| 2 | Assistant Director | 160.00 | 320.00 |
| 14.25 | Senior Project Manager | 150.00 | 2,137.50 |
| 2.75 | Project Manager | 125.00 | 343.75 |
| 2.75 | Assistant Project Manager | 95.00 | 261.25 |
| 1.75 | Customer Service Representative | 60.00 | 105.00 |
| 1 | Clerk | 45.00 | 45.00 |
| | Project Costs (Website, Toll-Free, Banking Fee, and Electronic Data Storage) | 1,587.97 | 1,587.97 |

| | Invoice Total | $5,114.22 |
|---|---|---|

**Total Balance Due**

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: [redacted]
Bank Name: Bank of America, Wire ABA #: [redacted], ACH Routing #: [redacted]



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/17/2020 | 151464 |

**BILL TO**

Nix Patterson LLP
c/o Susan Whatley
PO Box 178
Linden, TX 75563

| PROJECT | TERMS |
|---|---|
| RVX - Reirdon v XTO Energy | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (December 1, 2019 - May 31, 2020) | | |
| 0.25 | Senior Executive | 350.00 | 87.50 |
| 2 | Director | 190.00 | 380.00 |
| 3.5 | Assistant Director | 160.00 | 560.00 |
| 9.25 | Senior Project Manager | 150.00 | 1,387.50 |
| 11 | Project Manager | 125.00 | 1,375.00 |
| 8.5 | Assistant Project Manager | 95.00 | 807.50 |
| 1.25 | Associate | 60.00 | 75.00 |
| 1.25 | Clerk | 45.00 | 56.25 |
| | Expenses (Toll-Free Number Hosting, Banking Fees, Electronic Data Storage, Copy Charges, Postage, Check Printing, Supplies & Address Research) | 2,295.34 | 2,295.34 |

| | Invoice Total | $7,024.09 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: ▇
Bank Name: Bank of America, Wire ABA #: ▇, ACH Routing #: ▇

**Total Balance Due**
▇