IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DORSEY J. REIRDON,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 6:16-cv-00087-DES |
| **XTO ENERGY INC.,** | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR ORDER**
**AUTHORIZING REFUND TO DEFENDANT**

The Court has considered the Motion for Order Authorizing Refund to Defendant (Dkt. 158) and all relevant related filings and agrees the Motion should be GRANTED in all respects. It is thus ORDERED that: (1) the Settlement Administrator is to release $450,513.24 from the Distribution Account to Defendant; (2) the Escrow Agent is to release $28,917.83 from the Main Escrow Account to Defendant; and (3) the Escrow Agent is to release $437,291.80 from the Administration Account to Defendant.

The parties are authorized to provide joint instructions, along with this Order, to the Settlement Administrator and the Escrow Agent concerning this authorized distribution.

**IT IS SO ORDERED** this 4th day of December, 2023.

D. EDWARD SNOW
UNITED STATES MAGISTRATE JUDGE

1